UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Zheng  Plaintiff(s),

    - v -

Mikata  Defendant(s).
------------------------------------------------------X

**Case Management Plan**

_10_ CV. _16_ (RMB)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/10
```

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)   Joinder of additional parties by _____

(ii)  Amend the pleadings by _____

(iii) All discovery to be **expeditiously** completed by _June 23, '10 (Fact + Expert)_

(iv)  Consent to Proceed before Magistrate Judge _____

(v)   Status of settlement discussions _June 24, '10 @ 9:00 w/ the principals_

Sections vi through xi will be set at conference with the Court.

(vi)  Motions _See Court's Rules re: Motions_

(vii) Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)  Final Pre-Trial Conference _____

(x)   Trial _____

(xi)  Other _Refer discovery issues to Mag. Judge Dolinger_

SO ORDERED: New York, New York
      _2/22/10_

                                            _RMB_
                                            Hon. Richard M. Berman, U.S.D.J.